COMPAGNIE INTERNATIONALE DE PRODUITS ALIMENTAIRES S. A. *v.* MILLER, AS ALIEN PROPERTY CUSTODIAN OF THE UNITED STATES, ET AL.

APPEAL FROM THE COURT OF APPEALS OF THE DISTRICT OF COLUMBIA.

No. 412. Argued November 25, 1924.—Decided January 5, 1925.

Decided upon the authority of *Behn, Meyer & Co.* v. *Miller, ante,* p. 457.

54 App. D. C. 255, reversed.

APPEAL from a decree of the Court of Appeals of the District of Columbia affirming a decree of the Supreme Court of the District which dismissed, on motion, appellant's bill against the Alien Property Custodian and the Treasurer of the United States, to recover the proceeds of certain stock belonging to the appellant, a neutral corporation, and which was seized by the Custodian under color of the Trading with the Enemy Act.

19458°—25——34

*Mr. Challen B. Ellis*, with whom *Mr. Wade H. Ellis* and *Mr. Henry Escher* were on the briefs, for appellant.

*Mr. Merrill E. Otis,* Special Assistant to the Attorney General, with whom *Mr. Solicitor General Beck* was on the brief, for appellees.

Mr. Justice McReynolds delivered the opinion of the Court.

The court below decided this cause upon authority of its opinion in *Behn, Meyer & Co.* v. *Miller,* 296 Fed. 1002, which upon appeal became No. 343 on our docket. The decree therein has been reversed for reasons stated in the opinion just announced, *ante,* p. 457. The two causes present the same issues. Consequently the challenged decree herein also must be reversed and the cause remanded for further proceedings in conformity with our conclusions.

*Reversed.*